# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

|  |  |  |
|---|---|---|
| In re:    Colter, Alvin | § | Case No.  06 B 13492 |
|            Colter, Marijane A | § | |
|            Debtors | § | |
|  | § | |

---

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1)    The case was filed on 10/20/2006.

2)    The plan was confirmed on 12/11/2006.

3)    The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on (NA).

4)    The trustee filed action to remedy default by the debtor in performance under the plan on (NA).

5)    The case was converted on 05/27/2009.

6)    Number of months from filing or conversion to last payment: 32.

7)    Number of months case was pending: 33.

8)    Total value of assets abandoned by court order: (NA).

9)    Total value of assets exempted: $3,850.00.

10)    Amount of unsecured claims discharged without full payment: $0.

11)    All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (4/1/2009)

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $23,537.99 |
| Less amount refunded to debtor | $875.51 |

**NET RECEIPTS:** $22,662.48

---

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $2,991.44 |
| Court Costs | $0 |
| Trustee Expenses & Compensation | $1,357.01 |
| Other | $0 |

**TOTAL EXPENSES OF ADMINISTRATION:** $4,348.45

Attorney fees paid and disclosed by debtor       $400.00

---

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Internal Revenue Service | Priority | $1,600.00 | $1,815.48 | $1,815.48 | $1,815.48 | $0 |
| Capital One Auto Finance | Secured | $13,194.83 | $13,194.83 | $13,194.83 | $13,194.83 | $1,837.43 |
| ADT Security Systems | Unsecured | $105.00 | NA | NA | $0 | $0 |
| Advocate South Suburban Hosp | Unsecured | $578.00 | NA | NA | $0 | $0 |
| Ameritech | Unsecured | $394.00 | NA | NA | $0 | $0 |
| Ameritech | Unsecured | $0 | NA | NA | $0 | $0 |
| Aspire Visa | Unsecured | $956.00 | $862.19 | $862.19 | $30.06 | $0 |
| Assoc St James Radiologists | Unsecured | $451.00 | NA | NA | $0 | $0 |
| AT&T Broadband | Unsecured | $674.00 | NA | NA | $0 | $0 |
| AT&T Broadband | Unsecured | $593.00 | NA | NA | $0 | $0 |
| Bank One | Unsecured | $340.00 | NA | NA | $0 | $0 |
| Best Buy | Unsecured | $413.00 | NA | NA | $0 | $0 |
| Bud's Ambulance | Unsecured | $820.00 | NA | NA | $0 | $0 |
| Certegy Payment Recovery Services | Unsecured | $0 | NA | NA | $0 | $0 |
| Chase | Unsecured | $6,558.00 | NA | NA | $0 | $0 |
| Chicago State University | Unsecured | $1,118.70 | NA | NA | $0 | $0 |
| Chicago Tribune | Unsecured | $262.26 | NA | NA | $0 | $0 |

*(Continued)*

UST Form 101-13-FR-S (4/1/2009)

## Scheduled Creditors: *(Continued)*

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Cingular Wireless | Unsecured | $842.00 | NA | NA | $0 | $0 |
| City Of Chicago Dept Of Revenue | Unsecured | $135.00 | $210.00 | $210.00 | $0 | $0 |
| City of Chicago Heights | Unsecured | $0 | NA | NA | $0 | $0 |
| City of Harvey | Unsecured | $500.00 | NA | NA | $0 | $0 |
| Collection Company Of America | Unsecured | $1,286.00 | NA | NA | $0 | $0 |
| Collection Company Of America | Unsecured | $53.00 | NA | NA | $0 | $0 |
| Collecto Credit | Unsecured | $1,286.00 | NA | NA | $0 | $0 |
| Columbus Bank & Trust | Unsecured | $862.00 | NA | NA | $0 | $0 |
| Comcast | Unsecured | $305.18 | NA | NA | $0 | $0 |
| Commonwealth Edison | Unsecured | $1,135.00 | NA | NA | $0 | $0 |
| Commonwealth Edison | Unsecured | $1,202.67 | NA | NA | $0 | $0 |
| CorTrust Bank | Unsecured | $373.00 | $373.57 | $373.57 | $17.16 | $0 |
| Credit Collection | Unsecured | $481.56 | NA | NA | $0 | $0 |
| Credit First | Unsecured | $0 | $104.96 | $104.96 | $0 | $0 |
| Credit One | Unsecured | $293.54 | NA | NA | $0 | $0 |
| David D Mayer DDS | Unsecured | $703.00 | NA | NA | $0 | $0 |
| ECast Settlement Corp | Unsecured | NA | $6,286.34 | $6,286.34 | $288.62 | $0 |
| ECast Settlement Corp | Unsecured | $508.00 | $513.68 | $513.68 | $17.91 | $0 |
| Eva V Page M D | Unsecured | $60.00 | NA | NA | $0 | $0 |
| Feld & Korrub LLC | Unsecured | $522.50 | NA | NA | $0 | $0 |
| First National Bank | Unsecured | $482.00 | NA | NA | $0 | $0 |
| First National Bank Of Marin | Unsecured | $709.38 | NA | NA | $0 | $0 |
| Ford Motor Credit Corporation | Unsecured | $0 | NA | NA | $0 | $0 |
| GE Capital Corporation | Unsecured | $12,020.38 | NA | NA | $0 | $0 |
| Harris & Harris | Unsecured | $75.00 | NA | NA | $0 | $0 |
| Heather Medical Associates | Unsecured | $600.00 | NA | NA | $0 | $0 |
| HomeComings Financial Network | Unsecured | $74,442.45 | NA | NA | $0 | $0 |
| HomeComings Financial Network | Unsecured | $0 | NA | NA | $0 | $0 |
| HSBC | Unsecured | $932.00 | NA | NA | $0 | $0 |
| Illinois Student Assistance Commissi | Unsecured | $0 | $9,350.30 | $9,350.30 | $429.29 | $0 |
| Indiana Paging Network | Unsecured | $298.62 | NA | NA | $0 | $0 |
| Ingalls Memorial Hospital | Unsecured | $1,107.79 | NA | NA | $0 | $0 |
| Internal Revenue Service | Unsecured | NA | $64.29 | $64.29 | $0 | $0 |
| Isac | Unsecured | $0 | NA | NA | $0 | $0 |
| Isac | Unsecured | $10,085.00 | NA | NA | $0 | $0 |
| Isac | Unsecured | $7,457.00 | NA | NA | $0 | $0 |
| Isac | Unsecured | $0 | NA | NA | $0 | $0 |

*(Continued)*

UST Form 101-13-FR-S (4/1/2009)

## Scheduled Creditors: *(Continued)*

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Jefferson Capital | Unsecured | NA | $948.20 | $948.20 | $33.06 | $0 |
| Jewel Food Stores | Unsecured | $92.00 | NA | NA | $0 | $0 |
| John Barton | Unsecured | $9,000.00 | NA | NA | $0 | $0 |
| Liquidebt | Unsecured | $3,395.25 | NA | NA | $0 | $0 |
| Menards Inc | Unsecured | $247.00 | NA | NA | $0 | $0 |
| Mid Atlantic Finance Co | Unsecured | $7,506.00 | $12,969.07 | $12,969.07 | $595.41 | $0 |
| Midwest Physician Group | Unsecured | $100.00 | NA | NA | $0 | $0 |
| Midwest Physician Group | Unsecured | $111.00 | NA | NA | $0 | $0 |
| Midwest Physician Group | Unsecured | $105.00 | NA | NA | $0 | $0 |
| Minimally Invasive Spine Specialists | Unsecured | $54.00 | NA | NA | $0 | $0 |
| Monogram Bank | Unsecured | $0 | NA | NA | $0 | $0 |
| Nicor Gas | Unsecured | $0 | NA | NA | $0 | $0 |
| Nicor Gas | Unsecured | $0 | NA | NA | $0 | $0 |
| Nicor Gas | Unsecured | $2,988.00 | NA | NA | $0 | $0 |
| PLS Financial | Unsecured | $55.52 | NA | NA | $0 | $0 |
| Portfolio Recovery Associates | Unsecured | $269.00 | $353.54 | $353.54 | $16.23 | $0 |
| Providian | Unsecured | $0 | NA | NA | $0 | $0 |
| Sallie Mae | Unsecured | $0 | NA | NA | $0 | $0 |
| Sallie Mae | Unsecured | $9,348.00 | NA | NA | $0 | $0 |
| Sallie Mae | Unsecured | $0 | NA | NA | $0 | $0 |
| Sallie Mae | Unsecured | $0 | NA | NA | $0 | $0 |
| Sallie Mae | Unsecured | $0 | NA | NA | $0 | $0 |
| Sallie Mae | Unsecured | $0 | NA | NA | $0 | $0 |
| SBC | Unsecured | $246.00 | NA | NA | $0 | $0 |
| SBC | Unsecured | $394.00 | NA | NA | $0 | $0 |
| Sm Servicing | Unsecured | $0 | NA | NA | $0 | $0 |
| South Suburban | Unsecured | $0 | NA | NA | $0 | $0 |
| St James Hospital | Unsecured | $47.00 | NA | NA | $0 | $0 |
| St James Hospital | Unsecured | $242.00 | NA | NA | $0 | $0 |
| Suburban Emergency Physician | Unsecured | $102.00 | NA | NA | $0 | $0 |
| Suburban Emergency Physician | Unsecured | $0 | NA | NA | $0 | $0 |
| TCF Bank | Unsecured | $391.00 | NA | NA | $0 | $0 |
| TCF Bank | Unsecured | $0 | NA | NA | $0 | $0 |
| TCF Bank | Unsecured | $228.00 | NA | NA | $0 | $0 |
| TCF Bank | Unsecured | $312.00 | NA | NA | $0 | $0 |
| Thorn Creek Basin Sanitary Dis | Unsecured | $625.00 | NA | NA | $0 | $0 |
| Timothy K Liou | Unsecured | $1,000.00 | NA | NA | $0 | $0 |

*(Continued)*

UST Form 101-13-FR-S (4/1/2009)

**Scheduled Creditors:** *(Continued)*

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Verizon Wireless | Unsecured | $578.00 | $578.60 | $578.60 | $20.18 | $0 |
| Village of Homewood | Unsecured | $150.00 | $400.00 | $400.00 | $18.37 | $0 |
| Wells Fargo Fin Acceptance | Unsecured | $0 | NA | NA | $0 | $0 |
| Wow Internet | Unsecured | $276.00 | NA | NA | $0 | $0 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0 | $0 | $0 |
| Mortgage Arrearage | $0 | $0 | $0 |
| Debt Secured by Vehicle | $13,194.83 | $13,194.83 | $1,837.43 |
| All Other Secured | $0 | $0 | $0 |
| **TOTAL SECURED:** | $13,194.83 | $13,194.83 | $1,837.43 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0 | $0 | $0 |
| Domestic Support Ongoing | $0 | $0 | $0 |
| All Other Priority | $1,815.48 | $1,815.48 | $0 |
| **TOTAL PRIORITY:** | $1,815.48 | $1,815.48 | $0 |
| **GENERAL UNSECURED PAYMENTS:** | $34,088.50 | $1,503.73 | $0 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $4,348.45 |
| Disbursements to Creditors | $18,351.47 |
| **TOTAL DISBURSEMENTS:** | $22,699.92 |

UST Form 101-13-FR-S (4/1/2009)

12)   The trustee certifies that the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date: July 21, 2009                    By:  /s/ MARILYN O. MARSHALL
                                                              Trustee

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.